ECF

**ORIGINAL**

**FORM 2**
**COVER SHEET**

RECEIVED
APR 11 2006
OFFICE OF THE CLERK
U.S. COURT OF FEDERAL CLAIMS

# In The United States Court of Federal Claims

## Cover Sheet

Plaintiff(s) or Petitioner(s)
THE PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record (See RCFC 83.1(c)): JONATHAN M. WEISGALL

Firm Name: JONATHAN M. WEISGALL CHARTERED

06-288 L

Post Office Box:

Street Address: 1200 NEW HAMPSHIRE AVE, N.W., SUITE 300

City-State-Zip: WASHINGTON, DC 20036

Telephone & Facsimile Numbers: tel (202) 828-1378 fax (202) 828-1380

Is the attorney of record admitted to the Court of Federal Claims Bar? YES

If **NO**, please call (202) 357-6406 for admission papers and instructions.

Nature of Suit Code: 1 1 4
Select only one (three digit) nature-of-suit code from the attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Agency Identification Code: 5 T 4
See attached sheet for three-digit codes.

Amount Claimed: $ 561,036,320 plus interest
Use estimate if specific amount is not pleaded.

Bid Protest: $
Indicate approximate amount of procurement at issue.

Is plaintiff a small business? ☐ Yes ☐ No

Vaccine Case:
Date of Vaccination:

Related Cases:
If this case is directly related to any pending or previous case, you are required to file a separate notice of directly related case(s). See RCFC 40.2.