
NORTHERN MARIANA, CAROLINE, AND MARSHALL ISLANDS
MARIANA ISLANDS
Farallon de Pajaros
Maug
Asuncion
Agrihan
Pagan
Alamagan
Guguan
Zealandia Bank
Sarigan
Anatahan
Farallon de Medinilla
Tinian
Saipan
Aguijan
Rota
Guam
MARIANA ISLANDS DISTRICT
15° N
150° E
165° E
135° E
MARSHALL ISLANDS DISTRICT
Taongi
Bikar
Eniwetok
Bikini
Ailinginae
Rongerik
Rongelap
Utirik
Taka
Jemo
Ailuk
Wotho
Likiep
Wotje
Ujelang
Ujae
Kwajalein
Erikub
Lae
Lib
Maloelap
Namu
Aur
Ailinglapalap
Majuro
Arno
Namorik
Jaluit
Mili
Kili
Ebon
MARSHALL ISLANDS
Ulithi
Yap
Fais
Ngulu
Sorol
Gaferut
Faraulep
Namonuito
HALL ISLANDS
TRUK DISTRICT
Babelthuap
Velasco Reef
Lamotrek
Woleai
Ifalik
Satawal
Taas
Pulusuk
Eauripik
TRUK ISLANDS
Losap
MORTLOCK
Satawan
PALAU ISLANDS
PALAU DISTRICT
YAP DISTRICT
Sonsorol Islands
Poly
Anna
Merir
Tobi
Helen Island
SENYAVIN ISLANDS
Ponape
Mokil
Pingelap Islands
Ngatik
Kusaie
ISLANDS
Nukuoro
PONAPE DISTRICT
CAROLINE ISLANDS
Kapingamarangi
EQUATOR
VICINITY MAP
Pacific Ocean
JAPAN
CHINA
BONIN ISLANDS
VOLCANO ISLANDS
HAWAIIAN ISLANDS
AUSTRALIA
NEW ZEALAND
TASMANIA
OCEAN AREA APPROXIMATELY 3,000,000 Sq. Miles
LAND AREA APPROXIMATELY 700 Sq. Miles
2,141 ISLANDS
0 25 50 100 200 300
MILES
NOTE: Broken lines indicate territorial area and districts of jurisdiction and are not to be interpreted as boundaries.