IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-288C |
| | ) | (Judge Lawrence J. Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of KATHRYN A. BLEECKER as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

KATHRYN A. BLEECKER
Assistant Director
Commercial Litigation Branch
Civil Division
U.S. Department of Justice
1100 L Street, N.W.
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Kathryn A. Bleecker
KATHRYN A. BLEECKER
Assistant Director
Commercial Litigation Branch
Civil Division
Department of Justice
Tele: (202) 307-6288

Dated: May 24, 2006

CERTIFICATE OF FILING

I hereby certify that on May 24, 2006 a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Kathryn A. Bleecker