
NORTHERN MARIANA, CAROLINE, AND MARSHALL ISLANDS
MARIANA ISLANDS
Farallon de Pajaros
Maug
Asuncion
Agrihan
Pagan
Alamagan
Guguan
Zealandia Bank
Sarigan
Anatahan
Farallon de Medinilla
Saipan
Tinian
Aguijan
Rota
Guam
MARIANA ISLANDS DISTRICT AREA 181.87 Sq. Mi.
CAROLINE ISLANDS
PALAU ISLANDS
Babelthuap
Velasco Reef
Sonsorol Islands
Merir
Helen Island
PALAU DISTRICT AREA 177.60 Sq. Mi.
Ngulu
Yap
Ulithi
Fais
Sorol
Faraulep
Gaferut
Woleai
Eauripik
Ifalik
YAP DISTRICT AREA 45.37 Sq. Mi.
Lamotrek
Satawal
Pulusuk
Namonuito
TRUK ISLANDS
HALL ISLANDS
Losap
MORTLOCK ISLANDS
Satawan
TRUK DISTRICT AREA 46.81 Sq. Mi.
Nukuoro
Kapingamarangi
SENYAVIN ISLANDS
Ponape
Ngatik
Mokil
Pingelap Islands
Kusaie
PONAPE DISTRICT AREA 176.51 Sq. Mi.
MARSHALL ISLANDS
RATAK
RALIK
Eniwetok
Ujelang
Bikini
Ailinginae
Rongelap
Rongerik
Wotho
Ujae
Lae
Kwajalein
Lib
Namu
Ailinglapalap
Namorik
Ebon
Kili
Jaluit
Mili
Arno
Majuro
Aur
Maloelap
Erikub
Wotje
Likiep
Jemo
Ailuk
Utirik
Taka
Bikar
Taongi
MARSHALL ISLANDS DISTRICT AREA 69.29 Sq. Mi.
EQUATOR
135° E
150° E
165° E
15° N
VICINITY MAP
CHINA
JAPAN
BONIN ISLANDS
VOLCANO ISLANDS
Pacific Ocean
HAWAIIAN ISLANDS
AUSTRALIA
TASMANIA
NEW ZEALAND
OCEAN AREA APPROXIMATELY 3,000,000 Sq. Miles
LAND AREA APPROXIMATELY 700 Sq. Miles
2,141 ISLANDS
0 25 50 100 200 300
MILES
NOTE: Broken lines indicate territorial area and districts of jurisdiction and are not to be interpreted as boundaries.