
NORTHERN MARIANA, CAROLINE, AND MARSHALL ISLANDS
MARIANA ISLANDS
Farallon de Pajaros
Maug
Asuncion
Agrihan
Pagan
Alamagan
Guguan
Zealandia Bank
Sarigan
Anatahan
Farallon de Medinilla
Saipan
Tinian
Aguijan
Rota
Guam
MARIANA ISLANDS DISTRICT AREA 181.87 Sq. Mi.
C A R O L I N E I S L A N D S
PALAU ISLANDS
Babelthuap
Sonsorol Islands
Merir
Helen Island
Tobi
Anna
Poly
Velasco Reef
Ngulu
Yap
Ulithi
Fais
Sorol
PALAU DISTRICT AREA 177.60 Sq. Mi.
Faraulep
Gaferut
Woleai
Eauripik
Ifalik
Lamotrek
Toas
Satawal
Pulusuk
Namonuito
YAP DISTRICT AREA 45.37 Sq. Mi.
TRUK ISLANDS
HALL ISLANDS
Losap
MORTLOCK ISLANDS
Satawan
TRUK DISTRICT AREA 46.81 Sq. Mi.
Nukuoro
Kapingamarangi
PONAPE DISTRICT AREA 186.51 Sq. Mi.
SENYAVIN ISLANDS
Ponape
Ngatik
Mokil
Pingelap Islands
Kusaie
Eniwetok
Ujelang
MARSHALL ISLANDS
MARSHALL ISLANDS DISTRICT AREA 69.29 Sq. Mi.
Taongi
Bikar
Bikini
Rongerik
Ailinginae
Rongelap
Utirik
Taka
Wotho
Jemo
Likiep
Ailuk
Ujae
Lae
Kwajalein
Wotje
Erikub
Lib
Namu
Ailinglapalap
Maloelap
Aur
Majuro
Arno
Namorik
Kili
Jaluit
Mili
Ebon
R A T A K
R A L I K
C H A I N
E Q U A T O R
135° E
150° E
165° E
15° N
VICINITY MAP
CHINA
JAPAN
BONIN ISLANDS
VOLCANO ISLANDS
Pacific Ocean
HAWAIIAN ISLANDS
AUSTRALIA
TASMANIA
NEW ZEALAND
OCEAN AREA APPROXIMATELY 3,000,000 Sq. Miles
LAND AREA APPROXIMATELY 700 Sq. Miles
2,141 ISLANDS
0 25 50 100 200 300
MILES
NOTE: Broken lines indicate territorial area and districts of jurisdiction and are not to be interpreted as boundaries.