
NORTHERN MARIANA, CAROLINE, AND MARSHALL ISLANDS
MARIANA ISLANDS
Farallon de Pajaros
Maug
Asuncion
Agrihan
Pagan
Alamagan
Guguan
Zealandia Bank
Sarigan
Anatahan
Farallon de Medinilla
Saipan
Tinian
Aguijan
Rota
Guam
MARIANA ISLANDS DISTRICT
AREA 181.87 Sq. Mi.
CAROLINE ISLANDS
PALAU ISLANDS
Babelthuap
Sonsorol Islands
Merir
Tobi
Helen Island
PALAU DISTRICT
AREA 177.60 Sq. Mi.
Velasco Reef
Ngulu
Yap
Ulithi
Fais
Sorol
Faraulep
Gaferut
Woleai
Eauripik
Ifalik
Lamotrek
Satawal
Pulusuk
YAP DISTRICT
AREA 45.37 Sq. Mi.
Namonuito
HALL ISLANDS
TRUK ISLANDS
MORTLOCK ISLANDS
Losap
Satawan
TRUK DISTRICT
AREA 46.81 Sq. Mi.
Nukuoro
Kapingamarangi
SENYAVIN ISLANDS
Ponape
Ngatik
Mokil
Pingelap Islands
Kusaie
PONAPE DISTRICT
AREA 186.51 Sq. Mi.
MARSHALL ISLANDS
RATAK
RALIK
Eniwetok
Ujelang
Bikini
Ailinginae
Rongelap
Rongerik
Taongi
Bikar
Utirik
Taka
Ailuk
Jemo
Likiep
Wotho
Ujae
Lae
Kwajalein
Lib
Namu
Wotje
Erikub
Maloelap
Aur
Ailinglapalap
Majuro
Arno
Jaluit
Namorik
Kili
Ebon
Mili
MARSHALL ISLANDS DISTRICT
AREA 69.29 Sq. Mi.
EQUATOR
135° E
150° E
165° E
15° N
VICINITY MAP
CHINA
JAPAN
BONIN ISLANDS
VOLCANO ISLANDS
Pacific Ocean
HAWAIIAN ISLANDS
AUSTRALIA
TASMANIA
NEW ZEALAND
OCEAN AREA APPROXIMATELY 3,000,000 Sq. Miles
LAND AREA APPROXIMATELY 700 Sq. Miles
2,141 ISLANDS
0 25 50 100 200 300
MILES
NOTE: Broken lines indicate territorial area and districts of jurisdiction and are not to be interpreted as boundaries.