UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, et al., | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-288C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE ATTACHMENT OUT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully seeks leave to file an attachment to Defendant's Motion to Dismiss. Our motion was due on September 15, 2006, and it was filed on that date without the attachment. However, due to technical problems, we were unable to file the attachment at that time. This is our first request for enlargement for this purpose. Plaintiffs' counsel does not oppose this request.

This motion is necessary because, when undersigned counsel attempted to file defendant's motion and attachment on Friday, September 15, 2006, she discovered that the attachment was too large for electronic filing. (The attachment is a copy of a complaint filed in the Claims Court by the people of Bikini on December 21, 1981, which we reference in our motion.) Unfortunately, counsel was unable to prepare an appropriately sized version of the document in PDF form because the office's scanners were not functioning. Therefore, we filed the motion without the attachment. We now have been able to prepare the attachment for filing and seek leave to do so at this time.

Accordingly, we respectfully request that the Court grant this unopposed motion for leave and allow us to file out of time, the attachment to Defendant's Motion to Dismiss.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640
E-mail: kathryn.bleecker@usdoj.gov

September 18, 2006

Attorneys for Defendant

**Certificate of Filing**

I hereby certify that on September 18, 2006, a copy of foregoing "Defendant's Unopposed Motion for Leave to File Attachment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kathryn A. Bleecker