File

UNITED STATES COURT OF CLAIMS

FILED
DEC 21 1981
COURT OF CLAIMS

FILES & CLASSIFICATION
1981 DEC 21 PM 4:07

| | |
|---|---|
| TOMAKI JUDA, et al., Plaintiffs, vs. UNITED STATES OF AMERICA, Defendant. | No. 172-81L |
| AIKIZI LEWIS, et al., Plaintiffs-Intervenors, vs. UNITED STATES OF AMERICA, Defendant. | |

FIRST AMENDED PETITION FOR JUST COMPENSATION FOR UNLAWFUL TAKINGS OF PROPERTY AND FOR DAMAGES FOR BREACHES OF FIDUCIARY DUTIES

## NATURE OF ACTION

1. This Petition seeks just compensation under the Fifth Amendment to the United States Constitution for two separate takings by defendant of property rightfully belonging to the plaintiffs and plaintiffs-intervenors: (a) The taking by defendant on or about March 7, 1946, of the land and lagoon that comprise Bikini Atoll. This taking lasted as a matter of law until January 24, 1979, when defendant deeded back all its legal rights in Bikini Atoll to the Bikinians. (b) The taking of Bikini Atoll by defendant that began on January 24, 1979, and will continue in whole or in part for the next 20

1981 DEC 23 PM 1:51
GENERAL LITIGATION DOCKET
260000
90-1-23-2465
DEPARTMENT OF JUSTICE
44 DEC 22 1981
LANDS SEC
General Trial Unit

to 60 years. This Petition also seeks redress for the repeated and continuing breaches of fiduciary duties owed plaintiffs and plaintiffs-intervenors which have benefited defendant and severely injured plaintiffs and plaintiffs-intervenors.

JURISDICTION

2. This Court has jurisdiction pursuant to 28 U.S.C. § 1491.

PARTIES

3. Plaintiffs and plaintiffs-intervenors are the people of Bikini. (Plaintiffs and plaintiffs-intervenors are hereinafter referred to collectively as "plaintiffs," the "Bikinians," the "Bikini people," or the "people of Bikini.") They are citizens of the Trust Territory of the Pacific Islands (hereinafter "Trust Territory" or "Micronesia") and of the Marshall Islands. All plaintiffs were members of the Bikini community in 1946 when Bikini Atoll was evacuated prior to "Operation Crossroads," the first American atomic tests in the Pacific, or are direct descendants of such members. All plaintiffs possess land rights on Bikini Atoll. The people of Bikini are governed by the Bikini Council, whose membership is determined in accordance with their customs and traditions. There are presently fourteen Council members -- twelve from Kili Island and two from Ejit Island, both of which are located in the Marshall Islands. The three principal officials of the

Council are the Magistrate, Scribe and Treasurer. All the members of the Bikini Council are plaintiffs in this action, as are all known living Bikinians born as of May 1, 1981.

4. The names of the 989 plaintiffs-intervenors are set forth in Exhibit L to this Petition. (Names with asterisks next to them are already named as plaintiffs.)

5. Plaintiff Tomaki Juda is a citizen of the Trust Territory and the Marshall Islands, and is the Magistrate of the Bikini Council. He was born on Bikini Atoll in 1942, resided there until his relocation in 1946, and now lives on Kili.

6. Plaintiff Nathan Note is a citizen of the Trust Territory and the Marshall Islands, and is the Scribe of the Bikini Council. He was born on Bikini Atoll in 1918. He was a member of the Bikini community (but not living on Bikini Atoll) when its members were relocated in 1946. He now lives on Kili.

7. Plaintiff Johnny Johnson is a citizen of the Trust Territory and the Marshall Islands, and is the Treasurer of the Bikini Council. He was born on Kili in 1948, and now lives on Kili.

8. Plaintiff Jibas Lejeto is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1908, resided there until his relocation in 1946, and now lives on Kili.

9. Plaintiff Kilon Bauno is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1921, resided

there until his relocation in 1946, and now lives on Kili.

10. Plaintiff Jacob Johnson is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1922, resided there until his relocation in 1946, and now lives on Kili.

11. Plaintiff Rubon Juda is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1930, resided there until his relocation in 1946, and now lives on Kili.

12. Plaintiff Moses Lewis is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1924, resided there until his relocation in 1946, and now lives on Kili.

13. Plaintiff Titikos Laudram is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1909, resided there until his relocation in 1946, and now lives on Kili.

14. Plaintiff Martibon Bejiko is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1906, resided there until his relocation in 1946, and now lives on Kili.

15. Plaintiff Laijo Jelang is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1910, resided there until his relocation in 1946, and now lives on Kili.

16. Plaintiff Lore Kessibuki is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1909, resided there until his relocation in 1946, and now lives on Kili.

17. Plaintiff Andrew Jakeo is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1912 and resided there until his relocation in 1946. He moved back to Bikini Atoll in 1970 and resided there until he was again relocated in August 1978. He now lives on Ejit.

18. Plaintiff Pero Joel is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini Council. He was born on Bikini Atoll in 1925 and resided there until his relocation in 1946. He moved back to Bikini Atoll in 1970 and resided there until he was again relocated in August 1978. He now lives on Ejit.

19. Plaintiff Henchi Balos is a citizen of the Trust Territory and of the Marshall Islands, and is the elected representative of the Bikinians to the Marshall Islands legislature, the Nitijela. He was born on Rongerik Atoll in 1946 and now lives on Majuro Atoll in the Marshall Islands.

20. Plaintiff-intervenor Aikizi Lewis is a citizen of the Trust Territory and the Marshall Islands, and is a member of the Bikini community.

21. The other 989 plaintiffs-intervenors were members of the Bikini Community as of May 1, 1981.

22. The Petition in this case was filed as a class action on March 16, 1981. To ensure that all potential claimants have their claims adjudicated in one proceeding and to avoid certain problems involved in class action treatment, plaintiffs and defendant agreed to join as plaintiffs those 989 members of the 1,004-person Bikini community not already named as plaintiffs in the Petition. This was accomplished by a motion to intervene pursuant to Rule 65(a), which was granted by this Court on July 31, 1981.

23. The interests of the initial 15 plaintiffs in this action are virtually identical to the interests of the 989 plaintiffs-intervenors.

24. The defendant United States of America has taken and controls access to Bikini Atoll and has assumed fiduciary responsibilities to the Bikini people.

## INTRODUCTION AND BACKGROUND

25. Bikini Atoll is located in the Ralik Chain of the Marshall Islands. It is one of 29 atolls and 5 islands comprising the Marshall Islands, which are scattered over 357,000 square miles north of the equator in the central Pacific Ocean. A map of the Marshall Islands is attached as Exhibit A and incorporated by reference.

26. The Marshall, Caroline and Mariana Islands are the component parts of the Trust Territory, or Micronesia, which consists of more than 2,000 islands and atolls dispersed throughout an ocean area approximately the size of the continental United States.

27. In 1885, Germany seized control of the Marshall Islands from Spain, which had exercised nominal control of all Micronesia since the late 1600's. Germany purchased Spain's remaining holdings in Micronesia in 1899 and controlled the islands until Japan seized them at the outbreak of World War I. Japan administered Micronesia under a League of Nations Mandate until World War II, when the islands were occupied by the United States in 1944.

28. Shortly after the United States invaded Majuro Atoll on January 30, 1944, Admiral Chester W. Nimitz, Military Governor of the Marshall Islands, issued Proclamation No. 1, pursuant to which the United States assumed all powers of government in the Marshall Islands. Proclamation No. 1 became effective as to Bikini Atoll on March 29, 1944, when the atoll was occupied by United States forces.

29. On July 18, 1947, Micronesia became a United Nations strategic trust territory administered by the United States. See Congressional Joint Resolution, 61 Stat. 397, and the Trusteeship Agreement for the Former Japanese-Mandated Islands ("Trusteeship Agreement"), 61 Stat. 3301, T.I.A.S. No. 1665.

30. The Trusteeship Agreement recognizes certain fiduciary obligations of the United States to the people of the Trust Territory, including the Bikinians. The Trusteeship Agreement, inter alia, obligates defendant to:

> . . . promote the economic advancement and self-sufficiency of the inhabitants . . . [Article 6(2)]
>
> . . . protect the inhabitants against the loss of their lands and resources . . . [Article 6(2)];
>
> . . . improve [their] means of transportation and communication . . . [Article 6(2)]
>
> . . . protect the rights and fundamental freedoms of all elements of the population without discrimination . . . [Article 6(3)];
>
> . . . protect the health of the inhabitants . . . [Article 6(3)].

31. In 1947, President Truman terminated the military government of the Trust Territory and delegated administration of the Trust Territory to the Secretary of the Navy. Exec. Order No. 9875. In 1951 administrative responsibilities were transferred to the Interior Department (Exec. Order No. 10265), which has administered the Marshall Islands, including Bikini Atoll, since 1951.

32. The executive authority of the Government of the Trust Territory is vested in the High Commissioner of the Trust

Territory. He and other subordinate Trust Territory officials act under the general supervisory authority of the Secretary of the Interior and are agents of the Secretary and the United States Government. See Department of the Interior Orders Nos. 2918 (December 27, 1968), 3027 (September 29, 1978) and 3029 (April 25, 1979). The High Commissioner is appointed by the President with the advice and consent of the United States Senate.

33. In 1969, negotiations commenced between the Government of the United States and the inhabitants of the Trust Territory regarding the future political relationship between Micronesia and the United States. During the course of these negotiations, the Trust Territory fragmented politically into four governmental entities: the Northern Mariana Islands, Palau, the Marshall Islands, and the Federated States of Micronesia.

34. In 1976, the Northern Mariana Islands obtained commonwealth status. See Public Law 94-241 (March 24, 1976). Negotiations with Palau, the Marshall Islands and the Federated States of Micronesia are nearing conclusion and in 1980 produced a Compact of Free Association, which defines their future relationships with the United States and the international community.

## STATEMENT OF THE CASE

### A. Bikini And Its Early History

35. The 26 islands of Bikini Atoll have a combined land area of 2.32 square miles. Bikini Island, the largest of

the atoll's islands, covers .66 square miles. The islands enclose a lagoon area of approximately 243 square miles. A map of Bikini Atoll is attached as Exhibit B and incorporated by reference.

36. As the northernmost atoll in the Marshall Island's western chain, Bikini is relatively distant and isolated from other atolls. Its closest neighbor, Rongelap Atoll, is more than 80 miles to the east. Before 1946, the Bikinians maintained no regular contacts with other communities and were among the last Marshallese people affected by foreign influences. As a result, the people developed an extremely well integrated society bound together by close ties of kinship, association and tradition.

37. Like other Marshallese, the Bikinians developed strong attachment to their homeland. Under traditional Marshallese law and custom, each Bikinian was -- and still is -- born with land rights in the islands of Bikini Atoll. These rights are intended to provide security to the members of the community. Because land in the Marshall Islands is scarce, the Marshallese do not regard land as a commodity that can be sold. Each individual is identified with the land that is his birthright, and ties to the land are therefore unusually strong. One commentator has noted: "Land is regarded as sacred, 'something to fight and die for' and as far as may be ascertained, has never been sold or given away to outsiders except through fear of physical or moral sanction being applied." Tobin, Land Tenure in the Marshall Islands (1958) at 4.

38. Prior to their removal from Bikini Atoll in 1946, the Bikinians relied almost exclusively upon its land and lagoon for their material needs. The Bikinians also produced copra for export purposes in order to provide them with the money needed for the occasional purchase of imported items. (Copra, or dried coconut meat, is the cash crop of the Marshalls; when processed, it yields coconut oil.) The people remained economically self-sufficient from the time they first settled on Bikini until 1946.

B. World War II

39. Foreigners did not reside at Bikini until World War II, when five Japanese soldiers landed at the atoll to establish a weather station. The Bikinians submitted to their orders establishing curfew, suspending Christian services and conscripting labor.

40. On March 29, 1944, the five Japanese soldiers committed suicide rather than surrender to a small unit of invading American troops. This date marks the beginning of American administration of Bikini Atoll.

C. Selection of Bikini for Operation Crossroads

41. On July 16, 1945, the United States exploded the world's first atomic bomb at Alamagordo, New Mexico. It detonated the second over Hiroshima, Japan, three weeks later, and the third over Nagasaki three days after Hiroshima. Japan announced its surrender to the United States the next day.

42. At the war's end, United States scientific, military and political leaders had little knowledge about the force and effect of atomic weapons. The government therefore determined to study the future role of nuclear weapons and, within weeks after the war ended, began to plan for controlled tests to study the effects of atomic bombs on naval vessels.

43. On November 10, 1945, the United States Joint Chiefs of Staff formed a subcommittee to develop plans for a series of tests, code-named Operation Crossroads, and to search for an appropriate test site.

44. On January 11, 1946, the Joint Chiefs directed the task force commander in charge of the tests to "prepare plans for the naval test including selection of a suitable site which will permit accomplishment of the test with acceptable risk and minimum hazard."

45. The test site for Operation Crossroads had to meet the following requirements:

-- Be controlled by the United States;

-- Be uninhabited or have a small population that easily could be relocated;

-- Be located far from U.S. population centers;

-- Have a large, shallow, lagoon suitable for anchoring target vessels;

-- Be located within 100 miles of a B-29 base;

-- Be located in an area free from severe cold and violent storms;

-- Have predictable winds from sea level to 60,000 feet; and

-- Have predictable water currents that would not bring radioactive material to important fishing areas and inhabited shorelines.

46. In January 1946, the Joint Chiefs selected Bikini Atoll for Operation Crossroads. President Truman subsequently approved this choice.

D. Removal From Bikini

47. On Sunday, February 10, 1946, the American military governor of the Marshall Islands, Commodore Ben Wyatt, flew by seaplane to Bikini and, at the conclusion of their church services, told the Bikinians that they must leave their homes so the United States could test nuclear weapons. According to official accounts, Commodore Wyatt

> "compared the Bikinians to the children of Israel whom the Lord saved from their enemy and led unto the Promised Land. He told them of the bomb that men in America had made and of the destruction it had wrought upon the enemy."

III D.E. Richard, United States Naval Administration of the Trust Territory of the Pacific Islands (1957) at 509-10.

48. The Bikinians did not wish to leave their atoll, but, in view of the United States' defeat of Japan and Commodore Wyatt's description of nuclear weapons, they believed themselves powerless to resist the United States. To stay on Bikini and tell the United States to look elsewhere was not a realistic option. The Bikinians were also accustomed to taking military

orders, having been under the control of Japanese soldiers during World War II. Moreover, the Bikinians were told they could return to their atoll when the United States no longer needed it for nuclear testing.

49. On March 7, 1946, the U.S. Navy moved the 167 inhabitants of Bikini from their atoll.

E. Rongerik, Kwajalein, And The Move To Kili

50. From Bikini Atoll, the U.S. Navy took the Bikinians by boat to Rongerik Atoll, 150 miles east of Bikini, and left them with a few weeks' supply of food and water. A Navy press release stated that "Rongerik is about three times larger than Bikini . . . . Coconuts here are three or four times as large as those on Bikini and food is plentiful."

51. In fact, Rongerik Atoll has nearly 75% less land area than Bikini Atoll. Coconut palms and pandanus on Rongerik were considerably less productive than those on Bikini, and the quantity and quality of fish in Rongerik's lagoon were inferior to those at Bikini. Moreover, in a report prepared <u>before</u> the relocation, the Navy officer in charge of moving the Bikinians stated that the quality of coconuts on Rongerik was inferior and that the potential copra yield was poor.

52. Many species of fish eaten at Bikini proved toxic in Rongerik's lagoon. Because the Bikinians believed they would be living on Rongerik for only a short time, they failed to tell the Navy that, according to Marshallese mythology, Rongerik was inhabited by an evil spirit that contaminated the fish.

53. In May 1946, two months after the move to Rongerik, the Bikinians asked the Navy for permission to return home. Their request was denied. Severe food shortages then occurred, eventually reducing the people to near starvation. A doctor sent to examine the Bikinians in July 1947 reported that "they were visibly suffering from malnutrition."

54. Following newspaper disclosures of conditions on Rongerik, the Navy began to search for other resettlement sites. In October 1947, the Navy announced that the Bikinians would be moved to Ujelang Atoll, 300 miles southwest of Bikini. On November 22, ten Bikini men and 20 Navy Seabees arrived on Ujelang and began to construct a village. Less than two weeks later, however, the U.S. Government announced that Enewetak Atoll would be used for atomic tests and that Enewetak's inhabitants would be relocated on Ujelang. The Enewetak people were moved to Ujelang on December 21, and the Bikinians remained on Rongerik.

55. In February 1948, an anthropologist sent by the U.S. Government to examine the Bikinians found starvation conditions on Rongerik. He discovered that the people rationed themselves to one bucket of water per household per day and that they were cutting down young palm trees to eat the heart (thus killing the tree) because there was nothing else to eat.

56. The shortage of coconuts on Rongerik severely hindered the Bikinians' food-gathering activities. The Bikinians used coconut husk fiber to make sennit, which in turn was used to maintain eight large sailing canoes. Due to a shortage of sennit, four of the eight canoes shortly became unusable and the

other four, which were improperly repaired, could not be used in the open ocean. Fishing was therefore restricted to lagoon areas near the main island of Rongerik where the fish were toxic.

57. Because of the conditions on Rongerik, the Navy moved the Bikinians in March 1948 to a temporary campsite on Kwajalein Atoll, which was then being developed as a United States military base. The Bikinians lived in tents on Kwajalein for six months, and then were moved in September 1948 to the island of Kili, 400 miles southeast of Bikini Atoll.

## F. Kili

58. Of the approximately 990 Bikinians living today, approximately 550 reside on Kili.

59. Kili's 230 acres amount to only approximately one-sixth the land area of Bikini Atoll. Kili is an island, not an atoll, and has neither a lagoon nor sheltered fishing grounds. Thus, the superior fishing skills the Bikinians developed on Bikini are largely useless on Kili. Moreover, because Kili has no lagoon and its longitudinal access lies almost parallel to the southeast-northeast trade winds, there is no protected anchorage on the island. From late October to late spring, access to the island by vessel is extremely hazardous, and high surf conditions greatly restrict deep sea fishing efforts. Moreover, infrequent visits by field trip ships to Kili have left the Bikinians with little incentive to produce copra.

60. Serious food shortages occurred on Kili in 1949, 1950, 1952, 1958, 1960, and 1968-69. The situation in 1952 was so severe that it was necessary to air drop food to the island.

This was done without the aid of parachutes, and most of the food was smashed and rendered inedible. The 1958 and 1960 food shortage resulted from a devastating typhoon on Kili in 1957 that killed all the taro and nearly half the breadfruit trees.

61. Conditions on Kili have been and remain adverse Health care is deficient; there are no adequate medical personnel or facilities on Kili. Housing conditions are also inadequate. Moreover, defendant has failed to provide suitable means for transportation to and from Kili. The lack of adequate transportation has in essence made the people captives on Kili for at least part of each year. As a result of Kili's isolation, the Bikinians living there have almost no cash producing activities and the local economy is severely depressed.

62. Despite adverse conditions on Kili and the disruptions to their former life style, the majority of Bikinians continue to reside there today because they have no other place to go.

## G. Bikini Proving Grounds

63. During Operation Crossroads, the first series of atomic tests at Bikini, the United States deployed 250 ships (70 of which were placed in the target area in Bikini lagoon), more than 150 aircraft, and 42,000 military, scientific, and technical personnel and observers.

64. The United States detonated 23 atom and hydrogen bombs at Bikini Atoll between June 30, 1946 and July 22, 1958.

Most of the devices were detonated on barges anchored in Bikini lagoon or on the atoll's reef. Two tests were air drops (Able in 1946 and Cherokee in 1958) and two devices were detonated underwater (Baker in 1946 and Maple in 1958).

65. The 23 nuclear tests caused severe destruction to the atoll and its environs. For example, the Baker shot in 1946 dumped 500,000 tons of radioactive mud on the atoll's islands and into the lagoon. Oil released from target ships in the lagoon destroyed coral, algae and shellfish on the reef. The 1954 "Bravo" shot, the second U.S. hydrogen bomb test, was the largest explosion ever detonated by the United States, and was at least 750 times more powerful than the atomic bomb dropped on Hiroshima. The bomb annihilated three small islands and portions of others, and left a one-mile circular hole in the reef, creating an additional passage from the lagoon to the ocean. In 1956, the Atomic Energy Commission ("AEC") stated: "All of the islands [in Bikini Atoll] received in varying degrees the resultant radioactive fusion and activation products which were spread about the area."

66. In 1958, President Eisenhower declared a moratorium on U.S. atmospheric nuclear testing, ending the twelve-year nuclear testing program in the Marshall Islands.

67. At the conclusion of the testing program, all the coconut palms and other plants of economic value on Bikini Atoll were totally destroyed. The atoll was covered by dense scrub vegetation and a large amount of equipment and debris from the tests.

68. The testing at Bikini was a critical part of the U.S. nuclear weapons development program. In its 1948 Annual Report to Congress, the AEC explained the need for the testing program:

> America's pre-eminence in the field of atomic weapons is not static. It depends upon achievement fully proved through tests and upon observation by scientists of nuclear phenomena that can only adequately be studied by actual full scale test operations.

69. Although the atomic testing program cost at least $20 billion, the United States has never questioned its value. In its 1953 Annual Report, the AEC stated:

> Each of the tests involved a major expenditure of money, manpower, scientific effort and time. Nevertheless, in accelerating the rate of weapons development, they saved far more than their cost.

In this report, the AEC also explained why the tests had been held on Bikini: "The Commission felt that tests should be held overseas until it could be established more definitely that continental detonations would not endanger the public health and safety."

H. 1967 Survey Of Bikini Atoll

70. In April and May 1967, the AEC conducted a radiological survey of Bikini Atoll to determine whether the Bikinians could return safely. The AEC measured two aspects of total radiation dose -- external and internal -- and made predictions as to future safety. *See* "Radiological Report on Bikini Atoll" (April 1968).

71. In order to assess internal dose, the AEC made calculations based on certain dietary assumptions. Noting that detailed information on the Bikinians' diet was "largely lacking," the report used as "a starting point" a 1957 study by AEC researcher Gordon Dunning on the diet of the Rongelapese people. The Radiological Report estimated the levels of radiation generated by this diet and concluded that "the probable total exposure to the Bikinians upon their return will be acceptable."

72. The AEC made no attempt in 1967 to conduct an independent study of the Bikinians' diet on Kili or to verify the 1957 Dunning report.

73. The 1957 Dunning study showed an average daily intake of 9 grams of coconut meat and milk. Nine grams constitutes less than one-third of an ounce, or several tablespoons. The AEC should have known that this figure was grossly in error and should have been 50 to 100 times greater.

74. Other studies of the Marshallese diet, including those prepared by defendant, have shown that consumption of coconut meat and milk averages as much as 600 to 900 grams per day per person.

75. Of all the foodstuffs listed in the 1957 Dunning study, the coconut makes the most important contribution to radiation intake.

76. A reasonable estimate of the Bikinians' coconut consumption would have produced much greater radiation dose