IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, ELDON NOTE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-288C<br>(Judge Block) |

PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the U.S. Court of Federal Claims, plaintiffs, The People of Bikini et al., respectfully request an enlargement of time of 60 days, to and including December 18, 2006, within which to file a response to defendant's motion to dismiss. The response is currently due on October 16, 2006. Defendant's counsel does not oppose this request.

Taking into account service of process difficulties, plaintiffs' filing of an amended complaint, and defendant's unopposed motion for a 60-day enlargement of time, defendant had, in essence, 150 days to prepare and file its motion to dismiss – from mid-April until mid-September. Its 37-page motion to dismiss covers a broad range of complex and interconnected legal theories that go to the heart of this case. It also makes numerous references to litigation stretching back more than 25 years. Plaintiffs thus

require this additional time to review the defendant's brief, conduct additional research, and develop an appropriate response.

Accordingly, plaintiffs respectfully request that the Court grant this unopposed motion for enlargement until December 18, 2006, to respond to the defendant's motion to dismiss.

Respectfully submitted,

s/ Jonathan M. Weisgall________

Jonathan M. Weisgall

Jonathan M. Weisgall, Chartered
Counsel of Record
1200 New Hampshire Avenue, N.W., Suite 300
Washington, D.C. 20036-6812
tel: (202) 828-1378
fax: (202) 828-1380
E-mail: jmweisgall@midamerican.com
Attorney for Plaintiffs

Of Counsel:

Robert K. Huffman
Miller & Chevalier Chartered
655 15th St., N.W.
Washington, DC 20005
tel: (202) 626-5824
fax: (202) 626-0858
E-mail: RHuffman@milchev.com

Elizabeth Langer
Law Offices of Elizabeth Langer
3712 Ingomar Street, N.W.
Washington, D.C. 20015
tel: (202) 244-0456
fax: (202) 244-0456
E-mail: el@elizabethlanger.com

October 2, 2006

Certificate of Filing

I hereby certify that on October 2, 2006, a copy of the foregoing "Plaintiffs' Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/ Jonathan M. Weisgall