IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, ELDON NOTE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-288C<br>(Judge Block) |

PLAINTIFFS' UNOPPOSED MOTION TO FILE
A BRIEF NOT TO EXCEED 50 PAGES

Pursuant to Rule 5.2(b)(1) of the Rules of the U.S. Court of Federal Claims, plaintiffs, The People of Bikini et al., respectfully request leave of this Court to file an initial brief of up to 50 pages in response to defendant's motion to dismiss. Defendant's counsel does not oppose this request.

Defendant's motion to dismiss covers a broad range of complex and interconnected legal theories that go to the heart of this case. Defendant, of course, is granted up to 40 pages for its brief in support of its motion to dismiss and 20 pages for its reply, for a total of 60 pages of briefs. Plaintiffs, in addition to responding to arguments in the motion to dismiss, must also anticipate arguments defendant will make in its reply brief and thus respectfully request up to 10 additional pages for their opposition brief, not to exceed 50 pages.

Accordingly, plaintiffs respectfully request that the Court grant this unopposed motion for leave to file an initial brief of up to 50 pages in response to defendant's motion to dismiss.

Respectfully submitted,

s/ Jonathan M. Weisgall________
Jonathan M. Weisgall

Jonathan M. Weisgall, Chartered
Counsel of Record
1200 New Hampshire Avenue, N.W., Suite 300
Washington, D.C. 20036-6812
tel: (202) 828-1378
fax: (202) 828-1380
E-mail: jmweisgall@midamerican.com
Attorney for Plaintiffs

Of Counsel:

Robert K. Huffman
Miller & Chevalier Chartered
655 15th St., N.W.
Washington, DC 20005
tel: (202) 626-5824
fax: (202) 626-0858
E-mail: RHuffman@milchev.com

Elizabeth Langer
Law Offices of Elizabeth Langer
3712 Ingomar Street, N.W.
Washington, D.C. 20015
tel: (202) 244-0456
fax: (202) 244-0456
E-mail: el@elizabethlanger.com

December 5, 2006

Certificate of Filing

I hereby certify that on December 5, 2006, a copy of the foregoing "Plaintiffs' Unopposed Motion to File a Brief Not to Exceed 50 Pages" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/ Jonathan M. Weisgall