UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-288C (Judge Block) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) of the Rules of the Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 28 days, to and including January 30, 2007, within which to file our reply to plaintiffs' opposition to defendant's motion to dismiss. Our reply brief currently is due on January 2, 2007. This is defendant's first request for an enlargement of time to file our reply brief. Plaintiffs' counsel does not oppose this request.

Plaintiffs filed their response brief on December 18, 2006. Undersigned defendant's counsel promptly forwarded a copy of the brief to the interested agencies. However, in light of the upcoming holidays and leave plans of involved Government counsel, we will be unable to prepare a draft brief, circulate it among the interested agencies, and receive and incorporate any comments upon the brief within sufficient time to prepare and file our reply brief by January 2, 2007.[1]

[1] Undersigned counsel is scheduled to be on annual leave from December 22, 2006 to January 2, 2007. Counsel for the interested agencies also are scheduled to be on leave during this period.

Accordingly, we respectfully request that the Court grant this unopposed motion for enlargement until January 30, 2007, to prepare and file our reply brief.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ David M. Cohen

DAVID M. COHEN
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640
E-mail: kathryn.bleecker@usdoj.gov

Attorneys for Defendant

December 20, 2006

**Certificate of Filing**

I hereby certify that on December 20, 2006, a copy of foregoing "Defendant's Unopposed Motion for Enlargement of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kathryn A. Bleecker