# In the United States Court of Federal Claims

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**THE PEOPLE OF BIKINI, *et al.*,** *

Plaintiff, *

v. * No. 06-288C

**THE UNITED STATES**, * (Filed Mar. 14, 2007)

Defendant. *

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The court's review of the docket sheet shows that Plaintiffs' Motion To File a Surreply Memorandum in Opposition to Defendant's Motion To Dismiss was filed on February 16, 2007. Defendant filed its response in opposition on February 27, 2007. Accordingly,

**IT IS ORDERED**, as follows:

Plaintiffs' motion is granted *nunc pro tunc* to February 16, 2007, over defendant's opposition.

s/ Christine O.C. Miller

__________________________________

**Christine Odell Cook Miller**
Judge