IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | |
|---|---|
| THE PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, ELDON NOTE, ET AL.<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | No. 06-288C<br>(Judge Miller) |

**PLAINTIFFS' RESPONSE TO SHOW CAUSE ORDER**

In response to the Court's March 14, 2007 order, plaintiffs, The People of Bikini et al., do not object to having the defendant's motions to dismiss in this case and in Ismael John v. United States, No. 06-289L, argued and decided together, nor do they object to having these two cases consolidated for other relevant further proceedings pursuant to RCFC 42(a).

Counsel for defendant in Ismael John v. United States has already informed the Court that oral argument on April 4 poses a problem for some of the parties. Counsel in both cases will hold a conference call this afternoon, after which counsel for defendant will contact the Court on behalf of all the parties to set a mutually agreeable date for oral argument.

Respectfully submitted,

s/Jonathan M. Weisgall__
Jonathan M. Weisgall

Jonathan M. Weisgall, Chartered
Counsel of Record
1200 New Hampshire Avenue, N.W., Suite 300
Washington, D.C. 20036-6812
tel: (202) 828-1378
fax: (202) 828-1380
E-mail: jmweisgall@midamerican.com
Attorney for Plaintiffs

Of Counsel:

Robert K. Huffman
Miller & Chevalier Chartered
655 15th St., N.W.
Washington, DC 20005
tel: (202) 626-5824
fax: (202) 626-0858
E-mail: RHuffman@milchev.com

Elizabeth Langer
Law Offices of Elizabeth Langer
3712 Ingomar Street, N.W.
Washington, D.C. 20015
tel: (202) 244-0456
fax: (202) 244-0456
E-mail: el@elizabethlanger.com

March 22, 2007

Certificate of Filing

I hereby certify that on March 22, 2007, a copy of the foregoing "Plaintiffs' Response to Show Cause Order" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing though the Court's system.

s/Jonathan M. Weisgall