UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PEOPLE OF BIKINI, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 06-288C |
| v. | ) | (Judge C. Miller) |
| | ) | |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF FILING

Pursuant to the Court's order dated April 24, 2007, defendant, the United States, respectfully files the following documents:

(1) A copy of the "Report Evaluating the Request of the Government of the Republic of the Marshall Islands presented to the Congress of the United States of America," dated November 2004.[1] Attachment 1.

(2) A copy of the United States' consolidated brief filed in the Court of Appeals for the Federal Circuit in People of Bikini, Enewetak, Rogelap, Utrik and other Marshall Islands Atolls v. United States, Fed. Cir. Nos. 88-1206, - 1207, -1208.[2] Attachment 2.

---

[1] The Court's order identifies this report as having been submitted to Congress on January 24, 2004. As seen in attachment 1 to this filing, the cover letter to the report, signed by Marc Grossman, Under Secretary of State for Political Affairs, transmitting the report to Congress is dated January 4, 2004. We have consulted with plaintiffs' counsel and have confirmed that the attached transmittal letter and November 2004 report are the same documents referred to in paragraph 100 of plaintiffs' amended complaint and that were discussed by the parties during the hearing on April 23, 2007.

[2] When this brief was filed on June 24, 1988, plaintiffs-appellants included the plaintiffs in this case, as well as plaintiffs in the related case of John v. United States, Fed. Cl. No. 067-289L, and other Marshall Islanders not involved in this litigation. As noted by the Federal Circuit, the Bikini plaintiffs voluntarily dismissed their appeal, with prejudice, "following enactment of special legislation which appropriated funds for the benefit of the People of Bikini." People of Enewetak, *et al.* v. United States, 864 F.2d 134, 135 n.1 (Fed. Cir. 1988), citing People of Bikini, *et al.* v. United States, 859 F.2d 1482 (Fed. Cir. 1988).

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

s/ Jeanne E. Davidson

JEANNE E. DAVIDSON
Director

s/ Kathryn A. Bleecker

KATHRYN A. BLEECKER
Assistant Director
U.S. Department of Justice
Civil Division
Commercial Litigation Branch
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 307-6288
Fax: (202) 514-8640
E-mail: kathryn.bleecker@usdoj.gov

Attorneys for Defendant

May 4, 2007

**Certificate of Filing**

I hereby certify that on May 4, 2007, a copy of foregoing "DEFENDANT'S NOTICE OF FILING" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Kathryn A. Bleecker