funding was derived from interest earnings on the trust fund. The agreement further provided that $8,000,000 be available as grants from the Department of the Interior and that the balance be placed in the trust fund.

Of the approximately 86 persons on Rongelap Island and surrounding islands in 1954, forty-five were still alive in September 2002. Compared to the people of Enewetak and Utrik, the people of Rongelap are less likely to live in their home islands, with about 800 Rongelapese in Majuro Atoll and 1400 on islands in Kwajalein Atoll. However, the people and government of Rongelap have expressed their commitment to rehabilitate and resettle their home island. On June 25, 1998, Rongelap Atoll Local Government and its contractor, Pacific International, Inc., signed a master contract for Phase I of Rongelap Island's resettlement. Phase I includes establishment of a base camp, the construction of essential infrastructure and completion of the remediation recommendations of the independent scientific management team.

Substantial progress has been made, including construction of: a paved runway and terminal building; expanded dock, dock apron and warehouses; desalination plant, with water now available throughout the island; buildings to house a whole body counter (to detect internal deposition of cesium-137), bio-assay monitoring equipment and a dispensary, which are now operating; barracks to house twenty resident contract workers and guest quarters being used to support a nascent ecotourism industry; a sewage treatment facility that is now operating; and a community center and town hall. The village church has been rehabilitated and potassium treatment remediation for agricultural areas has been instituted. The road system is being expanded with additional roads being paved, which further prevents plutonium contamination.

**2.3.4 Utrik**

The 167 residents of Utrik were evacuated in 1954 to Kwajalein for medical examinations and surveillance at the U.S. military hospital there. Within months, they were returned to Utrik. The people of Utrik today number around 2,783, of whom about 1,200 live in Utrik Atoll. Of the remaining 1,800, approximately 1,250 live in Majuro Atoll and 450 on Ebeye Island. About 100 Utrikese live in Honolulu or the mainland United States.

The Compact Act did not include an authorization for resettlement for the people of Utrik. Other than monitoring of environmental conditions on their islands, the people of Utrik have the least significant rehabilitation problems and have achieved the highest level of resettlement among the four nuclear-affected atolls.

### 2.3.5 The Nuclear Claims Fund

In fulfillment of its obligations under Section 177 of the Compact, the United States Government provided to the Government of the Marshall Islands $150,000,000 to create an independent nuclear claims fund, the proceeds from which were to be distributed in accordance with the Section 177 Settlement Agreement. Section 177 Settlement Agreement provisions governing distributions from the fund are described in section 1.2 above.

### 2.3.6 The Nuclear Claims Tribunal

The Section 177 Settlement Agreement mandated establishment of the RMI Nuclear Claims Tribunal (NCT). The RMI parliament created the NCT in 1988. The NCT has jurisdiction "to render final determination upon all claims past, present and future" related to the US nuclear testing program (177 Settlement Agreement, Article IV, section 1(a)). The NCT consists of three judges, including the Chairperson, a Defender of the Fund, a Public Advocate and eleven other staff members.

The United States has played no role in evaluating claims presented to the NTC, nor in the Tribunal's judgments on them. The 177 Settlement Agreement provided a lump sum settlement of $150 million. Beyond the broad divisions by Atoll, it did not specify how the Tribunal was to divide the proceeds it received among individual claimants. The Section 177 Agreement provides only that "[i]n determining any legal issue, the Claims Tribunal may have reference to the laws of the Marshall Islands, including traditional law, to international law and, in the absence of domestic or international law, to the laws of the United States."

The NCT has somewhat patterned its approach to personal injury claims after similar U.S. statutory programs for U.S. civilian and military personnel deemed harmed by the U.S. testing program. For example, the NCT awards compensation from $125,000 for leukemia, ovarian cancer, etc., to $12,500 for benign tumors. In the United States, there are three programs that

compensate persons affected by radiation produced by the government during nuclear testing or weapons production. For example, "Downwinders" in the United States with leukemia received $50,000 from the Department of Justice, while U.S. onsite participants who observed weapons tests received $75,000 for leukemia.

Although the scientific community has thus far not proven transference of nuclear effects to the second generation in humans, the NCT provides biological children of a mother who was physically present at the time of the testing 50% of amounts offered first generation claimants.

Although the Section 177 Settlement Agreement and scientific data recognize the four populated northern atolls as having been affected by the testing program, the settlement agreement and the scientific data do not support such a finding for the mid atolls or other areas of the Marshall Islands. Nevertheless, the NCT awards damages to persons from throughout the Marshall Islands.

Appendices C and D provide an overview of the criteria and award amounts in RMI and U.S. radiation compensation programs.

## 3. Exposure of Marshallese to ionizing radiation and the health effects: The state of scientific knowledge

### 3.1.1 Extent of radioactive contamination across the northern atolls and islands in 1978

From July through November 1978, Tipton and Meibaum, under a U.S. Government contract, conducted an aerial radiological survey of eleven atolls and two islands within the northern Marshall Islands. Contamination from all tests, measured from the level of radioactive cesium-137 in the soil on parts of Bikini, northern Rongelap, Rongerik, Ailinginae and Utrik Atolls were consistent with what might be expected from the Bravo fallout pattern. Contamination levels on Ailuk, Likiep, Watho and Ujelang Atolls and at Mejit and Jemo islands were consistent with cesium-137 activity, due to worldwide fallout, observed within the United States and at other locations in the central Pacific including Majuro, Ponape, Truk, Palau, and Guam. These latter four atolls and two islands, therefore, did not appear to have

received any significant direct contamination from the Bravo event or the other tests conducted at Bikini and Enewetak Atolls.

### 3.1.2 The Nationwide Radiological Survey

The Nationwide Radiological Survey (NWRS) of the Marshall Islands, completed in 1994, is the only comprehensive radiological study of the RMI. It includes a detailed analysis of 432 of the RMI's approximately 1,200 islands. In addition to the NWRS and Tipton-Meibaum studies, other radiological examinations of the Marshall Islands include, for the past twenty years under a congressionally mandated environmental monitoring program, periodic detailed assessments of the four nuclear-affected atolls performed by the U.S. Department of Energy.

The Government of the RMI commissioned the NWRS, with funding provided by the U.S. Department of the Interior under the Compact of Free Association. The RMI Government also appointed an international scientific advisory panel to provide guidance to NWRS investigators, monitor the integrity of their work, and advise the RMI Government on the conduct and results of the survey. The NWRS survey team established a radiological laboratory in Majuro to support their study.

The NWRS mission was fourfold:

-- to map the geographic extent of radioactivity throughout RMI;
-- to assess radiological conditions on Bikini, Enewetak, Rongelap, and Utrik atolls;
-- to advise on the risks associated with radiation exposure;
-- to educate the Marshallese public about any residual presence and possible risks of nuclear testing-related radiation.

NWRS assessments proceeded from the following:

-- The most significant long-term source of environmental radioactivity is radioactive cesium located in the top 12 inches of soil and ingested by consuming local food crops that take up the cesium from the soil.
-- Radioactive cesium becomes non-radioactive over time. By 2002, more than 70 percent of the amount originally deposited as a result of nuclear testing was no longer radioactive.

The NWRS examined surface soil for plutonium and similar substances that could still be harmful if ingested or inhaled in sufficient quantity. In order to estimate the amount of radiation to which different groups of potentially affected Marshallese may have been exposed, the NWRS carefully examined and factored into its assessments the housing, work, and diet attributes of different groups of Marshallese throughout the potentially affected area, as well as how these attributes may have changed over time.

With this information, the NWRS was able to estimate total exposure from the end of the U.S. nuclear testing program in 1958 through 1994 and an annual dose for 1994. The NWRS report provided estimates for the annual dose at each location along with natural background and global fallout levels.

The NWRS calculated total dose from external and internal sources of whole body exposure to radioactive cesium and summed these to estimate the total dose that could be received in a year. The dose is expressed in sieverts (Sv), a unit which accounts for the effectiveness of various types of radiation to produce biological effects. The Sv replaced the more familiar rem unit and is 100 times larger, meaning that 1 Sv equals 100 rem. A whole body dose below 1 mSv (one thousandth of a Sv or 100 mrem) per year was used to identify islands suitable for resettled communities or for food gathering. Where the total dose exceeded 1 mSv per year above natural background levels, environmental cleanup or protective agricultural practices would be required to make these areas habitable or suitable for food gathering.

NWRS dose estimates need to be considered in the context of all sources of radiation in the environment. The total environmental radiation in the Marshall Islands is the sum of local nuclear fallout, natural background radiation, manmade sources, and global nuclear fallout. The natural background annual radiation dose in the northern Marshall Islands is about 2.4 mSv, of which 2 mSv is from eating fish. (In comparison, the U.S. average annual dose is about 3.0 mSv, of which 2 mSv per year is from radon. Radon is virtually absent in atoll environments.)

NWRS estimated that the range of the total annual dose from worldwide nuclear fallout in the Marshall Islands is 0.01-0.05 mSv. The NWRS summary report Figure 9 (below) shows the annual exposure level for each surveyed location against the natural background dose and global fallout dose. In Figure 9, the estimated annual dose is based on a traditional

Marshallese diet comprising 75% local foods and 25% rice. The total dose could be much lower in many locations if the community adhered to a contemporary diet that included no more than 20% local foods.

Conclusions of the NWRS Survey

NWRS concluded that the level of fallout radioactivity increases with increasing latitude. In the RMI's southernmost atolls and islands, from 4 to 9 degrees N, just south of Kwajalein Atoll, fallout levels were nearly constant and about the same as fallout from global nuclear weapons testing. Relatively little fallout radioactivity reached as far south as Kwajalein Atoll. From 9 to 10.5 degrees N, the mid-level atolls, the NWRS determined that the residual radioactivity does "not pose any measurable health hazard." Mid-level atolls are: Ailuk, Jemo, Kwajalein, Likiep, Mejit, Ujelang, Wotho, and Wotje. North of the mid-level atolls, the levels of radioactivity increased rapidly to the latitude of Bikini Atoll. The northernmost atolls are: Bikini, Ailinginae, Enewetak, Rongelap, Rongerik, and Utrik. NWRS concluded that some of the islands on Bikini, Enewetak and Rongelap Atolls would require limited remediation to support a traditional Marshallese lifestyle.

NWRS conducted a special, Department of the Interior-funded study of Rongelap to validate the recommended remedial actions needed for resettlement and to support a traditional lifestyle on contaminated atolls and islands. In 1994, independent Rongelap Island assessments were reported by NWRS, U.S. National Research Council, DOE Lawrence Livermore National Laboratory, and an independent advisor from the United Kingdom. All of the independent assessments stressed the importance of minimizing radiation exposures and damage to the environment. All agreed that limited soil removal and potassium fertilization were appropriate measures to minimize damage to the environment.

Although, as noted above, a traditional Marshallese diet consists of 75% local foods and 25% imported rice and a contemporary diet includes no more than 20% local foods, scientific advisors to the Nuclear Claims Tribunal have urged adoption of radiation dose limits based on a diet of 100% local foods and a high caloric intake. All Rongelap assessors agreed that it was unlikely people would revert to a traditional diet. Traditional foods were, at the time of the survey, about 20% of the typical diet. This is

due in part to the availability of commodities provided by the U.S. Department of Agriculture.

NWRS measurements of fallout radioactivity are in close agreement with U.S. Department of Energy estimates above 1 micro Roentgen per hour. The Roentgen is a unit of radiation exposure in air, as opposed to exposure in body tissues, and is reported for specific intervals in time. A micro Roentgen is one millionth of a Roentgen. Below 1 micro Roentgen per hour, the DOE estimates were generally higher than NWRS estimates.

The U.S. Departments of State and Energy, in 1999 testimony before the House Resources Committee, affirmed the suitability of Bikini, Enewetak, Rongelap, and Utrik islands for resettlement under the specific conditions recommended by NWRS. The U.S. National Academy of Sciences affirmed that conclusion for Rongelap, as did the International Atomic Energy Agency for Bikini.

The NWRS Scientific Advisory Panel in 1994 concluded that the study had been comprehensive, sound and successful. The panelists stated that then-current levels of radioactive contamination of the territory of the Marshall Islands "pose no risk of adverse health effects to the present generation of Marshallese", and assessed "the risk of hereditary diseases to the future generations of Marshallese to be no greater than the background risk of such diseases characteristic of any human population." The panelists acknowledged that remedial actions would be required for specific atolls and islands if they were to be inhabited or used for food gathering.

In Resolution 151, the RMI Legislature, the Nitijela, formally declared that the RMI Government "does not accept" the NWRS findings as "valid or accurate" on the stated grounds (among others) of incompleteness, lack of credibility of some of the report's authors, and disagreement with the NWRS conclusions. The NWRS Scientific Advisory Panel responded to Resolution 151 in a Letter to the Editor of the Marshall Islands Journal defending NWRS as comprehensive and scientifically sound.

The NWRS findings are reported in a scientifically peer-reviewed article in Health Physics (July 1997), the official journal of the Health Physics Society, and the full report has been available on the internet for many years. The Executive Summary of the NWRS Report is reprinted in Appendix E.

### 3.1.3 Exposure to radioactive iodine

In addition to assessing the health effects of radioactive cesium, it is also important to consider the acute, short-term impact of radioactive iodine on the thyroid gland of people present on specific atolls and islands at particular times. For this reason, the NWRS was supplemented with a specific thyroid disease study that is discussed in section 3.2 below. However, it is not necessary to consider the impact of radioactive iodine in order to reach conclusions about the habitability of specific RMI locations or their suitability for food gathering because virtually all of the radioactive iodines convert to a non radioactive form, disappearing naturally within a few days to weeks.

### 3.1.4 Exposure to radioactive "tracer" materials

RMI officials have expressed concern that materials included in weapons tests to evaluate yields and physical processes in the devices, so-called tracer materials, pose a health risk. Information about tracers and their fate was not available to the NWRS. In 2001, the Lawrence Livermore National Laboratory completed an analysis of possible toxic chemical levels associated with U.S. weapons tests. The analysis found that none of the radioactive or toxic chemicals, including thallium, were introduced into the atoll environment in amounts large enough to pose any public health risk.

### 3.1.5 Contemporary observations on actual exposures

In support of planned resettlement by the Rongelap community and at the request of Enewetak's and Utrik's resettled communities, the U.S. Department of Energy has for decades been analyzing the urine of construction and agricultural workers exposed to plutonium in soil dust and of island residents exposed to radioactive cesium by ingesting locally grown foods. In recent years, Marshallese technicians trained at the Lawrence Livermore National Laboratory have been performing radioactive cesium monitoring using non invasive DOE-provided whole body counting equipment installed at Enewetak and Rongelap islands and, beginning in July 2003, the RMI capital of Majuro. Plutonium bioassay measurements performed by Lawrence Livermore are based on the most accurate, costly,

and advanced mass spectrometry accelerator technology, enabling detection of levels far below those possible using methods commercially available.

The annual observed dose for plutonium and cesium combined is less than 0.1 mSv (0.001 mrem). This dose level is less than the 15 mSv per year ( 0.15 mrem) NCT standard. Urine test results to date show that the estimated 70-year cumulative dose, the lifetime dose, from plutonium is less than 0.1 mSv (10 mrem), and the vast majority of the cesium doses are less than .01 mSv (1 mrem) per year. When measurements of radioactive cesium exceeded 1 mrem, it generally was attributable to individual food-gathering practices on the more northerly, uninhabited nuclear-contaminated islands.

All of the DOE/Lawrence Livermore cesium and plutonium test results are routinely provided to the tested individuals and (on a de-identified basis) to the RMI and Enewetak and Rongelap local government communities. The data are also publicly available (on a de-identified basis to protect individual privacy) on Lawrence Livermore National Laboratory's website (http://en-env.llnl.gov/mi/).

**3.2 Marshall Islanders and thyroid cancer**

The fallout of radioactive iodine resulted in acute exposure of people residing on Rongelap and Utrik at the time of the February 28, 1954, test designated Castle Bravo. Fallout occurred over a matter of hours; all exposed individuals were relocated within 48 hours after the test, and almost all of the radioactive materials were nonradioactive within 2 months. The effects of the thyroid exposure on affected individuals appears to have peaked in the 1970s. Recently, a group of scientists who conducted the Marshall Islands thyroid disease study (MITDS) as an outgrowth of NWRS reported on their observations from 1991 through 2000. In general, Marshallese have low rates for problems of the thyroid gland other than cancer.

NWRS Summary Report Figure 9




Figure 9

MITDS physicians examined about 7,200 Marshallese and found 68 thyroid cancers. These were distributed among three groups of people: those alive at the time of the thermonuclear Bravo test, those born after Bravo but before the 1958 end of the U.S. nuclear testing program, and those born after weapons tests ended. Overall, the proportion of thyroid cancers in each age group increased with age, as expected. Among those alive at the time of Bravo the rate was 1.5%; among people born after Bravo but before the end of testing the rate was 0.6%; and the rate was 0.5% for people born after testing. This indicated that the natural rate of thyroid cancer was about 0.5%. Those alive at the time of Bravo had a rate three times larger than the normal Marshallese rate.

Given the higher rate among those alive at the time of Bravo, the scientists wanted to know if the rates depended on where people lived relative to Bikini Atoll. If there were a clear decline in the cancer rate with distance from Bikini, then it could be used as evidence that fallout from Bravo was the reason. If there were no clear decline with distance, then there may be other factors common to the Marshallese that might explain the high thyroid cancer rate. The distance analysis included about 3,500 people. The thyroid cancer rate was not clearly associated with distance from Bikini. The MITDS group proposed to continue the study with medical examination of the people born between 1950 to 1958 (born after Bravo but before the end of testing) every two years.

### 3.3 The Health Effects of Ionizing Radiation

The RMI contends that the risk from exposure to one unit of low-level ionizing radiation continuously over a lifetime to the entire body was assessed to be nine times greater in 1989 than the radiation protection community assessed it to be in 1972. They also suggest that the original average dose estimates may have been too low by one half. Therefore, the RMI asserts, the harm would be much greater than thought when the Compact was signed. The RMI bases its underestimation claim on major changes in the lifetime risk estimate for a unit of ionizing radiation, and the "incremental" changes seen in radiation protection standards over time.

The RMI attributes the "major changes in lifetime risk estimates" to the National Research Council, Committee on the Biological Effects of Ionizing Radiation (BEIR V) report in 1990. This report was preceded

by BEIR I and BEIR III in 1972 and 1980, respectively. The RMI cites a U.S. Department of Energy publication "Closing the Circle on the Splitting of the Atom" that contained a table portraying the evolution of health protection standards for nuclear workers with an entry for 1990: "The National Academy of Sciences BEIR V report asserts that radiation is almost nine times as damaging as estimated in BEIR I." The BEIR V report does not make any such statement.

Estimates are an expression of complex mathematical models used to explain observed facts, and these models are continuously refined. For example, today scientists would not use the model thought best in 1972. There have been major changes in thinking about biology and the mathematical models used to mirror the observations in radiation-exposed people. Therefore, the estimated lifetime risk from a given amount of ionizing radiation has changed. BEIR V analysts concluded that their new estimate would actually represent about a two-fold to four-fold increase since the 1980 BEIR III report. BEIR III analysts estimated that the risk in 1980 was about half the 1972 estimate. There are neither published data nor official comments to support the RMI assertion of a nine-fold change in risk from BEIR I to BEIR V. BEIR V estimates are about three-fold increase of cancer other than leukemia and perhaps four-fold for leukemia compared with BEIR III.

The RMI also asserts that the large decline in the public protection standard for ionizing radiation, occurring over the 30-year period since BEIR I, is an indicator of growing knowledge of the greatly increased danger of ionizing radiation. The decline in the standard has been from 5 mSv to 1 mSv per year rather than from 5 mSv to 0.15 mSv as given by RMI, and the decrease from 1.7 mSv (used to guide cleanup in the Marshall Islands) to 1 mSv is 40%. The RMI compares public protection standards to proposed 1994 EPA cleanup guidelines for sites formerly used for nuclear research and development. This comparison is inappropriate and yields an incorrect calculation of the magnitude of change in standards and the risk of exposure to ionizing radiation.

RMI has asked whether the true external whole body dose to Marshallese was twice what was thought due to "flaws in the dose estimation done by the Department of Energy." Although it is impossible ever to know the true external whole body doses to individuals, average doses can be estimated retrospectively with a

reasonably high degree of confidence. The following table compares estimates made by independent experts of external dose for Marshallese exposed to Bravo test fallout, with emphasis on Rongelap.

**Table 1. Comparison of Whole-Body Dose (rad) from BRAVO fallout by various reports and investigators.**

| Location | Sondhaus and Bond (1955) | Breslin and Cassidy (1955) | JCAE (1957) | Peterson (1981) | Lessard et al. (1985) | Behling et al. (2000) |
|---|---|---|---|---|---|---|
| Rongelap | 175 | 180 R | 170 | 110 | 190 | 410 |
| Alinginae | 69 | 60 R | 75 | 24 | 110 | 215 |

The estimates by Breslin and Cassidy are either in roentgen (R) or dose to air (r); estimates in whole body dose (rad) would be approximately 0.88 times the reported values.

Behling and his co-authors estimated an average dose about twice that of the other investigators. This is the basis for the RMI's question as to whether or not external doses could be twice those previously reported. In his 2000 report, Behling started with the estimates made by Sondhaus and Bond in 1955, and increased them by making new assumptions about types of radioactivity, durations of exposure, and people's location relative to fallout. Estimates of average external dose by various investigators for the Rongelap population were in the range of 170 to 190 rad with the exception of Peterson who estimated 110 rad, Breslin and Cassidy that can be interpreted to be about 130 rad, and Behling et al. who estimated 410 rad (4.1 Gy). The weight of expert opinion remains in favor of an average external dose about one half those estimated by Behling.

**4. Summary of the Request from the Republic of the Marshall Islands**

In its "changed circumstances" request, the RMI seeks the following:

| | |
|---|---|
| Personal Injury Claims | |
| 1. Funds to meet unpaid claims already approved by the Nuclear Claims Tribunal in excess of the amounts provided for this purpose through the trust fund | $26.9 million |
| Medical | |
| 2. $50 million capital for infrastructure and $45 million per year for 50 years for a "section 177 health program" for those exposed to radiation AND awardees of personal injury claims. | $2,300.0 million |
| Property -- Loss of Use | |
| 3. Enewetak award already decided by the NCT for loss of use ($244 million) and hardship ($33,814,500), plus interest at 7%. | $277.8 million |
| 4. Bikini atoll award already decided by the NCT for loss of use ($278 million) and hardship ($33,814,500) plus interest at 7%. | $311.8Million |
| 5. Utrik atoll claim in preparation. | |
| 6. Rongelap/Rongerik atoll claim under review by NCT. | |
| Property – Rehabilitation | |
| 7. Enewetak award already decided by the NCT for rehabilitation above the $10 million trust fund already provided (plus interest at 7%). | $107.8 million |

| | |
|---|---|
| 8. Bikini atoll application pending before the NCT. | $251.5 million |
| 9. Utrik atoll claim in preparation. | |
| 10. Rongelap/Rongerik atoll claim in preparation. | >$100 million |
| Occupational Safety | |
| 11. Request a program for workers involved in remediation/cleanup projects. | |
| Medical Surveillance/Monitoring | |
| 12. Request a radiation exposure monitoring and surveillance program for at least 50 years for the entire RMI. | |
| Community Education and Development | |
| 13. Requests a program to educate RMI citizens in radiation-related fields and build capacity to undertake research about the "consequences of the U.S. nuclear testing program." | |
| Nuclear Stewardship | |
| 14. Requests a program for communities to safely contain radiation near waste storage areas. | |

**5. Health Care**

Health care services for the Marshall Islands population include:

-- The RMI Ministry of Health provides health care for the general Marshallese population of approximately 55,000 through two major hospitals and 58 dispensaries serving the outer atolls. The RMI spends approximately 33% of its annual health care budget on off-island medical referrals. The RMI's per capita health expenditure is USD $147 a year.

-- The Section 177 Health Care Program, mandated by Congress to provide health care for the people of the atolls of Bikini, Enewetak, Rongelap, and Utrik affected by consequences of the nuclear testing program, their descendents and others identified as having been so affected, currently serves 13,460 enrollees. The per capita annual expenditure is about USD $65.

-- The Department of Energy's Special Medical Program was mandated by Congress in 1954 to provide medical surveillance and care for radiation-related illnesses among the people of Rongelap and Utrik atolls exposed to fallout from nuclear test Bravo in 1954. DOE patients are also in the more limited 177 Health Care Program. In FY02, the per patient annual health expenditure was USD $12,000.

Through its "changed circumstances" request, the RMI now seeks U.S.-standard primary, secondary and tertiary health care systems, integrated with existing RMI health services, to serve the entire RMI population for fifty years. The RMI estimates operating costs at $43,102,644 a year, not including travel and housing costs. This equals approximately $780 per Marshallese per year. In addition, the RMI requests $50,000,000 to cover estimated capital costs.

The RMI request does not address the role of the amended Compact of Free Association in which support for the RMI health sector is designated a high priority for use of U.S. assistance. RMI Government health sector expenditures, which are heavily subsidized by the health sector grant under the amended Compact, will total $15.9 million in FY 2005 and are estimated to be $16.5 million in FY 2006, $16.6 million in FY 2007 and $16.8 in FY 2008.

## 5.1 The Republic of the Marshall Islands Health Sector

The World Health Organization provides the following health indicators for the Marshall Islands in 2000. For comparison, corresponding indicators are provided for the Federated States of Micronesia, also a U.S. freely associated state; Samoa, another Pacific island country with approximately the RMI'S level of per capita income; and the United States.

| | RMI | FSM | Samoa | U.S. |
|---|---|---|---|---|
| Life expectancy at birth (years) | | | | |
| Total population | 62.7 | 66.5 | 68.2 | 77.3 |
| Males | 61.1 | 64.9 | 66.8 | 74.6 |
| Females | 64.6 | 68.1 | 69.7 | 79.8 |
| Child mortality (per 1000) (probability of dying under age five) | | | | |
| Males | 48 | 63 | 27 | 9 |
| Females | 37 | 51 | 21 | 7 |
| Adult mortality (per 1000) (probability of dying between 15 and 59) | | | | |
| Males | 340 | 211 | 235 | 140 |
| Females | 286 | 176 | 203 | 83 |
| Life expectancy lost due to poor health (%) | | | | |
| Males | 11.7 | 12.2 | 11.3 | 9.9 |
| Females | 13.8 | 14.2 | 13.5 | 10.7 |
| Health Expenditure | | | | |
| Total as % of GDP | 9.8 | 7.8 | 5.8 | 13.9 |
| Per capita (US$) | 190 | 172 | 74 | 4887 |

The RMI health care system is administered and subsidized by the Marshallese Government through the Ministry of Health. The Minister of Health is an elected member of the Nitijela or RMI parliament. Within the Ministry, the Secretary of Health oversees the day-to-day operations of four major departments: Primary Health Care, Kwajalein Atoll Health Care, Majuro Hospital, and Administration and Finance.

RMI has two major hospitals, located in the major urban centers of Majuro and Ebeye. Built in 1986, the Majuro Hospital has 103 inpatient beds, an emergency room, and a dental clinic. The structure itself is largely constructed with specially coated cardboard paneling. The Ministry of Health believes the hospital's functional life will soon end and would like to replace it as soon as possible. A new Ebeye Hospital opened in 2002, to replace the 25-inpatient bed facility that was in serious disrepair.

The outer island atolls are served by 58 dispensaries. Currently, each is run by a health assistant, who usually is high school educated with basic health training. These dispensaries are linked to Majuro Hospital by short-wave radio. Patients who cannot be treated locally on the outer island atolls are referred to the Ebeye or Majuro hospital. Those who cannot be treated there are referred for treatment overseas in Honolulu or the Philippines. Some also are sent to the USAKA hospital on Kwajalein. The RMI spends approximately 33% of its annual health budget on off-island medical referrals.

Funding for Ministry of Health operations comes from Compact money, the RMI Government's general fund, U.S. funds for primary health care and public health, and other grants. User fees are charged for health services, but the fee is nominal, $5 per visit for outpatient services, and $5 per day for inpatients. These user fees generate approximately 1% of the RMI's health budget.

The RMI's universal health care system (the Marshall Islands Health Plan) is a social security type system that insures and provides for every Marshallese resident. The Social Security Act of 1990 required employees to contribute 8.5% of their salary, with 3.5% going to the health insurance fund and 5% to a retirement fund. The Act required employers to match these contributions. These rates later were increased to 9.5%, with 2.5% going to the health fund and 7% going to the retirement fund. The health insurance fund is used to

pay for medical supplies for the Ebeye and Majuro hospitals and outer island dispensaries, and referrals to Honolulu, the Philippines and USAKA.

**5.2 The Section 177 Health Care Program**

Article II, Section 1(a) of the Section 177 Subsidiary Agreement directed that the Fund Manager disburse $2,000,000 annually to the Marshall Islands Government to fund the Four-Atoll Healthcare Program. Over the first 15 years of the Compact, the Federal funds allocated under this subsection were to total $30,000,000, with a $4,000,000 extension until October 1, 2003. These funds were in addition to the amounts provided to the four atolls as their share as constituent atoll governments of the Republic of the Marshall Islands under Compact sections 216(a)(2), $1,791,000 annually for nationwide health and medical programs, including referrals, and 221(b), $10,000,000 annually for education and health care. These latter monies have been a major funding source for health care services provided by the RMI Ministry of Health, described in section 5.3 below.

The Section 177 Health Care Program has been managed since 1987 by Trinity Health International, a Michigan-based nonprofit health care organization. The 177 Program employs 15 staff in the Marshall Islands, including a Marshallese citizen Administrator, a U.S. citizen Assistant Administrator and Chief Financial Officer, two non-Marshallese physicians and nine health assistants. Four of the health assistants are stationed, respectively, on the atolls of Enewetak and Utrik and on the islands of Kili and and Mejatto. In Honolulu, the 177 Program operates an office that coordinates tertiary care referrals and conducts utilization reviews of all active cases. One Marshallese employee staffs the office.

Through the 177 Program, Trinity provides primary care, including immunizations, to persons directly affected by the nuclear testing program and their descendents at clinics built in the early 1990's on Majuro, Ejit, Mejatto, Kili, Enewetak and Utrik. Trinity conducts quarterly missions to each of the four nuclear-affected atolls, recording over 24,960 patient encounters from 1987 to 2002. During the same period, Trinity recorded over 67,600 patient encounters in Majuro. Trinity also conducts specialized missions to each of the outer atoll clinics, to provide ophthalmology, ENT, pediatric, urology, women's health, audiology, dental and other services to persons directly affected by the nuclear testing program and their descendents.

Since assuming responsibility for the 177 Program, Trinity has continued to develop its infrastructure and human resources. In addition to construction of its six clinics noted above, this has included:

-- between the late 1980's and 2001, installation and upgrading of a radio communication system linking Majuro with each of the outer atolls;
-- in 2002, new generators purchased and installed on Mejatto, Enewetak and Utrik;
-- training provided to health assistants on Majuro and each of the outer atolls to improve assessment and treatment skills;
-- development and training of Majuro-based personnel to operate a computer database to track patients and strategic health and planning information;
-- establishment of a medical resources library at the program's Majuro clinic and, in conjunction with the RMI's Majuro Hospital, a pharmaceutical formulary.

According to a July 2002 Trinity Health International report on the 177 Program, new births and marriages have produced a five-fold increase in enrollment between 1990 and 2002, from 2,828 to 13,460. An enrollment audit was initiated in 2002. By the time Trinity's report was released, two atolls had been audited and 684 ineligible or deceased enrollees removed from the program's rolls. The enrollment of ineligible persons remains a concern.

In its July 2000 report, Trinity emphasizes that "the Section 177 Program is fully integrated in the RMI healthcare system and has an impact not only on the population it serves but on services of the Ministry of Health and other healthcare providers." For instance, the 177 Program:

-- employs the outer atoll dispensary staff that performs much of the RMI's public health care work;
-- deploys physicians to the Majuro Hospital who provide training programs and direct patient care benefiting all Marshallese patients;
-- maintains outer atoll clinic dispensaries, communications links with Majuro, and generators that support provision of health care to entire outer atoll communities;
-- pays the Majuro Hospital $250,200 a year for secondary care for services to the 177 Program caseload, augmenting total hospital resources

serving the Marshallese population as a whole;
-- through its U.S. management firm, has obtained donations of equipment and volunteer physicians for the Majuro Hospital, as well as critical parts for equipment repairs;
-- pays travel and per diem for family planning and community health coordinators who participate in 177 Program missions, and treats all residents of the affected atolls, whether 177-eligible or not.

**5.3 The Department of Energy Special Medical Program**

The Department of Energy has administered the Congressionally-mandated Marshall Islands Special Medical Program for the Bravo-exposed populations of Rongelap and Utrik Atolls continuously for the past 49 years. The Compact of Free Association Act of 1985 extended continuing special medical care for surviving special medical program patients. The Compact Act provided:

> Notwithstanding any other provision of law, upon the request of the Government of the Marshall Islands, the President (either through an appropriate department or agency of the United States or by contract with a United States firm) shall continue to provide special medical care and logistical support thereto for the remaining 174 members of the population of Rongelap and Utrik who were exposed to radiation resulting from the 1954 United States thermonuclear "Bravo" test, pursuant to Public Laws 95-134 and 96-205.

This program continues through section 103(f)(1) of the Compact of Free Association Amendments Act of 2003, PL 108-188.

Participation in the special medical care program is voluntary. At the end of FY2003, 196 individuals are enrolled in the program. One hundred eleven of these are the remaining survivors of the original 253 people and 12 unborn children present on Rongelap and Utrik Islands at the time of the 1954 Bravo test. There are also 85 Marshallese volunteers, of approximately the same age and gender distribution as the Bravo-exposed patients, not present at Rongelap or Utrik at the time of the Bravo test. The volunteers serve as a normal reference group for establishing typical patterns of illness and disease among the Rongelap and Utrik people. Although the additional volunteers were previously provided only an annual medical examination and local on-island treatment or referral to the Section 177 Health Care