ORIGINAL

IN THE UNITED STATES COURT OF FEDERAL CLAIMS

FILED
SEP 27 2007
U.S. COURT OF FEDERAL CLAIMS

THE PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, ELDON NOTE, ET AL.

Plaintiffs,

v.

UNITED STATES OF AMERICA,

Defendant.

Case No. 06-288C
(Judge Miller)

**NOTICE OF APPEAL**

Notice is hereby given that the People of Bikini, by and through the Kili/Bikini/Ejit Local Government Council, Eldon Note, et. al. in the above named case hereby appeal to the United States Court of Appeals for the Federal Circuit from the opinion and order entered in this action on August 2, 2007.

Jonathan M. Weisgall

Jonathan M. Weisgall, Chartered
Counsel of Record
1200 New Hampshire Avenue, NW
Suite 300
Washington, DC 20036-6812
tel: (202) 828-1378
fax: (202) 828-1380
E-mail: jmweisgall@midamerican.com

Of Counsel:

Robert K. Huffman
Akin, Gump, Strauss, Hauer & Feld, LLP
1333 New Hampshire Avenue, NW
Washington, DC 20036
tel: (202) 887-4530
fax: (202) 887-4288
E-mail: RHuffman@akingump.com

September 27, 2007