IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| PEOPLE OF BIKINI, BY AND THROUGH THE KILI/BIKINI/EJIT LOCAL GOVERNMENT COUNCIL, | ) | |
| Plaintiffs, | ) | |
| v. | ) | No. 06-288C (Judge Christine O.C. Miller) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Brian M. Simkin as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

BRIAN M. SIMKIN
Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
Washington, D.C. 20530

Attention: Classification Unit
8th Floor, 1100 L Street

Dated: September 28, 2007

s/Brian M. Simkin
BRIAN M. SIMKIN
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Telephone: (202) 616-8239
Facsimile: (202) 514-7969

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, a copy of foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Brian M. Simkin